B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __Texas__

| | |
|---|---|
| In re __Free Speech Systems LLC__, <br> Debtor <br> Neil Heslin, Scarlett Lewis, Leonard Pozner, <br> Veronique De La Rosa, and Estate of <br> Marcel Fontaine <br> Plaintiff <br> <br> v. <br> Alexander E. Jones and <br> Free Speech Systems, LLC <br> Defendant | Case No. __22-60043 (CML)__ <br> <br> Chapter __11__ <br> <br> <br> <br> <br> Adv. Proc. No. __23-03034__ |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   Nathan Ochsner, Clerk of Court
P.O. Box 61010
Houston, TX 77028

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:s

Jennifer J. Hardy
Willkie Farr & Gallagher LLP
600 Travis Street
Houston, TX 77002

Avi Moshenberg
McDowell Hetherington LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002

Jarrod B. Martin
Chamberlain, Hrdlicka, White,
Williams & Aughtry, PC
1200 Smith Street, Suite 1400
Houston, TX 77002

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____   By: _____ (Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

- ❏ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ❏ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ❏ Residence Service: By leaving the process with the following adult at:

- ❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❏ Publication: The defendant was served as follows: [Describe briefly]

- ❏ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name: _____

Business Address: _____

_____