B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __Texas__

In re __Free Speech Systems LLC__,       )     Case No. __22-60043 (CML)__
　　　　　Debtor                           )
__Neil Heslin, Scarlett Lewis, Leonard Pozner,__ )    Chapter __11__
__Veronique De La Rosa, and Estate of__       )
__Marcel Fontaine__                           )
　　　　　Plaintiff                          )
                                              )
　　　　　v.                                  )     Adv. Proc. No. __23-03034__
__Alexander E. Jones and__                   )
__Free Speech Systems, LLC__                  )
　　　　　Defendant                           )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　Address of the clerk:　　Nathan Ochsner, Clerk of Court
　　　　　　　　　　　　　　　　P.O. Box 61010
　　　　　　　　　　　　　　　　Houston, TX 77028

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　　Name and Address of Plaintiff's Attorney:s

| Jennifer J. Hardy | Avi Moshenberg | Jarrod B. Martin |
| Willkie Farr & Gallagher LLP | McDowell Hetherington LLP | Chamberlain, Hrdlicka, White, Williams & Aughtry, PC |
| 600 Travis Street | 1001 Fannin Street, Suite 2400 | 1200 Smith Street, Suite 1400 |
| Houston, TX 77002 | Houston, TX 77002 | Houston, TX 77002 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Nathan Ochsner, Clerk of Court*

Date: __March 14, 2023__

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Shannon Holden*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

  Print Name:  _____

  Business Address:  _____

  _____