B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

_____Southern_____ **District Of** ___Texas_____

| | | |
|---|---|---|
| In re __Free Speech Systems LLC_____, | ) | Case No. __22-60043 (CML)___ |
| Debtor | ) | |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, | ) | Chapter _____11_____ |
| Veronique De La Rosa, and Estate of | ) | |
| Marcel Fontaine_____ | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. __23-03034_____ |
| Alexander E. Jones and | ) | |
| Free Speech Systems, LLC_____ | ) | |
| Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    Nathan Ochsner, Clerk of Court
P.O. Box 61010
Houston, TX 77028

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:s

Jennifer J. Hardy
Willkie Farr & Gallagher LLP
600 Travis Street
Houston, TX 77002

Avi Moshenberg
McDowell Hetherington LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002

Jarrod B. Martin
Chamberlain, Hrdlicka, White,
Williams & Aughtry, PC
1200 Smith Street, Suite 1400
Houston, TX 77002

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Nathan Ochsner, Clerk of Court*

Date: March 14, 2023

___s/ Shannon Holden_____
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Ciara A. Sisco_____(name), certify that service of this summons and a copy of the complaint was made _on March 14, 2023_____(date) by:

❑     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

**\*\* Electronic Mail by Agreement of Counsel**:  The Defendant was served via electronic mail through their counsel, Vickie Driver, Crowe & Dunlevy, vickie.driver@crowedunlevy.com, by agreement.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __3/15/2023__        Signature _Ciara A. Sisco_____

Print Name:        Ciara A. Sisco
                   _____

Business Address:  Willkie Farr & Gallagher LLP
                   _787 Seventh Avenue_____
                   New York, NY 10019
                   _____