B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## Southern District Of Texas

| | | |
|---|---|---|
| In re   Free Speech Systems LLC, | ) | Case No.   22-60043 (CML) |
| Debtor | ) | |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, | ) | Chapter   11 |
| Veronique De La Rosa, and Estate of | ) | |
| Marcel Fontaine | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No.   23-03034 |
| Alexander E. Jones and | ) | |
| Free Speech Systems, LLC | ) | |
| Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   Nathan Ochsner, Clerk of Court
P.O. Box 61010
Houston, TX 77028

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:s

| | | |
|---|---|---|
| Jennifer J. Hardy | Avi Moshenberg | Jarrod B. Martin |
| Willkie Farr & Gallagher LLP | McDowell Hetherington LLP | Chamberlain, Hrdlicka, White, |
| 600 Travis Street | 1001 Fannin Street, Suite 2400 | Williams & Aughtry, PC |
| Houston, TX 77002 | Houston, TX 77002 | 1200 Smith Street, Suite 1400 |
| | | Houston, TX 77002 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: March 14, 2023

Nathan Ochsner, Clerk of Court

s/ Shannon Holden
Signature of Clerk or Deputy Clerk

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Ciara A. Sisco__ (name), certify that service of this summons and a copy of the complaint was made __on March 14, 2023__ (date) by:

❏     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❏     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❏     Residence Service: By leaving the process with the following adult at:

❏     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏     Publication: The defendant was served as follows: [Describe briefly]

❏     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

** **Electronic Mail by Agreement of Counsel**: The Defendant was served via electronic mail through their counsel, Raymond Battaglia, Law Offices of Raymond Battaglia, PLLC, rbattaglialaw@outlook.com by agreement.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __3/15/2023__    Signature __Ciara A. Sisco__ (signed)

Print Name:     Ciara A. Sisco

Business Address:     Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019