IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br>ALEXANDER E. JONES<br>    Debtor. | §<br>§<br>§<br>§ | Case No. 22-33553<br><br>Chapter 11 |
| In re:<br>FREE SPEECH SYSTEMS, LLC<br>    Debtor. | §<br>§<br>§<br>§ | Case No. 22-60043<br><br>Chapter 11 |
| NEIL HESLIN, SCARLETT LEWIS,<br>LEONARD POZNER, VERONIQUE DE<br>LA ROSA AND ESTATE OF MARCEL<br>FONTAINE,<br><br>    Plaintiffs,<br><br>ALEXANDER E. JONES AND FREE<br>SPEECH SYSTEMS, LLC<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary Case No. 23-03034 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that, SHELBY A. JORDAN appears as co-counsel for Debtor, Alexander E. Jones, in the above Bankruptcy and pursuant to Federal Rule of Bankruptcy Procedure 2002 and 9019(b), requests that all notices given or required to be given in the above case and all papers served in this case be given to and served upon the undersigned at the following office, telephone number and facsimile number:

Shelby A. Jordan
State Bar # 11016700
Antonio Ortiz
State Bar #24074839
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd, Suite 900
Corpus Christi, Texas 78401
Telephone:  (361) 884-5678
Facsimile:  (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com

Page 1

Copy to: cmadden@jhwclaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise filed with regard to the above case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Claimant: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: March 16, 2023

                                                Respectfully submitted,

                                                */s/ Shelby A. Jordan*
                                                SHELBY A. JORDAN

State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email: sjordan@jhwclaw.com
       aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 16, 2023, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

                                            */s/ Shelby A. Jordan*
                                              Shelby A. Jordan