United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| FREE SPEECH SYSTEMS, LLC, | § | |
| | § | Bankruptcy Case No. 22-60043 |
| Debtor. | § | |

| | | |
|---|---|---|
| Neil Heslin, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No. 23-03034 |
| | § | |
| Free Speech Systems, LLC, | § | |
| | § | |
| Defendant. | § | |

**STIPULATION & AGREED ORDER**
[Relates to ECF # 9]

This Stipulation and Agreed Order ("Stipulation and Order") is made and entered into by the above-styled plaintiffs ("Plaintiffs") and defendant ("Defendant" and collectively the "Parties" and singularly a "Party").

**RECITALS**

1. WHEREAS on June 14, 2024, the Court is scheduled to conduct a hearing on whether a plan should be confirmed in the above-styled bankruptcy case or whether it should be converted or dismissed;

2. WHEREAS the Court's ruling with respect to the June 14, 2024, hearing may moot the above-styled adversary proceeding;

3. WHEREAS for the above reasons Defendant has sought an extension to June 28, 2024, of its May 1, 2024, answer deadline in the above-styled adversary proceeding; and

4. WHEREAS Plaintiffs have agreed to the requested extension of the answer deadline.

## STIPULATION

NOW, THEREFORE, (1) the Parties hereby stipulate and agree that Defendant shall have through and to June 28, 2024, to answer the above-styled lawsuit, and (2) for the removal of doubt, no Party hereto shall be prejudiced by the recitations of events in this Stipulation and Agreed Order.

IT IS SO ORDERED.

Signed: May 02, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

O'CONNORWECHSLER PLLC

/s/     Annie E. Catmull
Annie E. Catmull
Tex. Bar No. 00794932
aecatmull@o-w-law.com
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

ATTORNEYS FOR DEFENDANT

LAWSON & MOSHENBERG PLLC

/s/     Avi Moshenberg
Avi Moshenberg
Tex. Bar No. 24083532
Avi.moshenberg@lmbusinesslaw.com
801 Travis, Suite 838
Houston, Texas 77002
Telephone: (713) 449-9644

ATTORNEYS FOR PLAINTIFFS